NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**P.C. RICHARD & SON LONG ISLAND CORPORATION,**
*Appellant*

**v.**

**SAMSUNG ELECTRONICS CO., LTD.,**
*Appellee*

---

2022-1337

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 91222405.

---

**O R D E R**

The court construes ECF Nos. 17 and 20 as the parties' joint stipulation for voluntary dismissal of the appeal pursuant to Federal Rule of Appellate Procedure 42(b)(1).

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The appeal is dismissed.

2    P.C. RICHARD & SON LONG ISLAND CORPORATION v. SAMSUNG
ELECTRONICS CO., LTD.

(2)  The parties shall bear their own costs.

FOR THE COURT



November 29, 2023                    Jarrett B. Perlow
Date                                  Clerk of Court

ISSUED AS A MANDATE: November 29, 2023